UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
UNITED STATES OF AMERICA

v.

LEON ANTHONY BELL,

Defendant.

----------------------------------------------------------X

**SCHEDULING ORDER**

7:25-cr-419 (PMH)

     Due to a scheduling conflict, the Sentencing hearing scheduled for February 26, 2026 is

re-scheduled to March 31, 2026 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.


**SO ORDERED:**

Dated: White Plains, New York
        November 20, 2025

_____

Philip M. Halpern
United States District Judge